## CAUSE NO. T-3625

| | | |
|---|---|---|
| QUITMAN INDEPENDENT SCHOOL DISTRICT, ET AL | § § § | IN THE DISTRICT COURT |
| v. | § § § | WOOD COUNTY, TEXAS |
| BLACK DIAMOND OPERATING § CO., LLC, et al | § | 402nd JUDICIAL DISTRICT |

FILED
2015 JAN 27

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 1:48:50 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, DeBerry 3 Operating Company, LLC, and gives notice of intent to appeal from the Judgment rendered in this cause on January 14, 2015, and files this Notice of Appeal from that Judgment to the Court of Appeals for the Sixth Court of Appeals District of Texas.

1. DeBerry 3 Operating Company, LLC is appealing form Cause No. T-3625; *Quitman Independent School District, et al v. Black Diamond Operating Co., LLC, et al.*

2. DeBerry appeals from this Court's Final Judgment of January 14, 2015.

3. This appeal is taken to the Sixth Court of Appeals in Texarkana, Texas.

Dated January 21, 2015.

Respectfully submitted,

SMEAD, ANDERSON & DUNN
2110 Horseshoe Lane
Longview, Tx 75605
P: 903/232-1880
F: 903/232-1881

MICHAEL L. DUNN
State Bar No. 06246900
mdunn@smeadlaw.com
ATTORNEY FOR DEFENDANT
DeBerry 3 Operating Company, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the below listed attorney on this 22nd day of January, 2015, as follows:

**Via Facsimile903-597-2402**
Jim Lambeth
Linebarger Goggan Blair & Sampson, LLP
1517 W. Front St., Suite 202
Tyler, Tx 75702

**Via Facsimile 903-753-6989**
J. Don Westbrook
Coghlan Crowson LLP
1127 Judson Rd., Ste. 211
Longview, Tx 75601

**Via Facsimile 903-236-9911**
Gregory Neeley
Law Office of Gregory W. Neeley
428 N. Fredonia Street
Nacogdoches, Tx 75601

**Via Facsimile**
David Hudson
Perdue, Brandon, Fielder, Collins
& Mott, LLP
P.O. Box 2007
Tyler, Tx 75710

MICHAEL L. DUNN
State Bar No. 06246900